06 CV 6313

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC S. BERGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Civil Action No.<br><br>**STATEMENT OF RELATEDNESS** |

RECEIVED
AUG 18 2006
U.S.D.C. S.D. N.Y.
CASHIERS

The above-captioned action and the action titled Motti Kaplan v. Richard L. Gelfond, et al., 06-CV-6128 (NRB), pending before the Honorable Naomi Reice Buchwald, are both class actions which share common issues of law and fact. Therefore, and in the interests of justice and judicial economy, plaintiff requests that the above-captioned action be accepted as related to the Kaplan action.

Dated: August 18, 2006

**WECHSLER HARWOOD LLP**

By: ______________________
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
488 Madison Avenue
New York, NY 10022
Tel.: (212) 935-7400

Attorneys for Plaintiff