USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 11 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC S. BERGEN, et al.<br><br>Plaintiff,<br><br>v.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE, and IMAX CORPORATION,<br><br>Defendants. | 06 Civ. No. 06313 (HA)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants by their undersigned counsel, as follows:

1. Defendants shall accept service of the above-captioned summons and complaint as of the date hereof;

2. Plaintiffs shall have 60 days from the appointment by the Court of a lead plaintiff and the approval of lead plaintiff counsel pursuant to the Private Securities Litigation Reform Act of 1995 to file and serve a Consolidated Amended Complaint;

3. The time for defendants to answer or otherwise respond or move with respect to the Complaint shall be extended until 60 days after the filing of a

Consolidated Amended Complaint by the lead plaintiff.

Dated: New York, New York
September 6, 2006

WECHSLER HARWOOD LLP
By: [signature]
Samuel K. Rosen (SR-3287)

488 Madison Avenue, 8th Floor
New York, New York 10022
(212) 935-7400
Fax: (212) 753-3630
Email: rharwood@whesq.com

LAW OFFICES OF BRUCE G. MURPHY
Bruce G. Murphy
265 Llywds Lane
Varo Beach, FL 32963-3252
Tel: (772) 231-4202

Attorneys for Plaintiff Eric S. Bergen

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
By: [signature]
Lewis J. Liman (LJL-9166)

One Liberty Plaza
New York, New York 10006
(212) 225-2000
Fax: (212) 225-3999
Email: lliman@cgsh.com

Attorneys for Defendants

SO ORDERED: SEP 11 2006

[signature]

U.S.D.J.

PART I