**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAPLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Imax Corp., et al.<br><br>Defendants. | Case No. 06-cv-6128 (NRB)<br><br>CLASS ACTION<br><br>DOCUMENT FILED ELECTRONICALLY |
| BERGEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>GELFOND, et al. | Case No. 06-cv-06313 (NRB) |
| LAROSA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06349 (NRB) |

(additional captions on following page)

**DECLARATION OF CATHERINE A. TORELL**

| | |
|---|---|
| GUZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06235 (NRB) |
| FEENEY, Individually<br>and On Behalf of All Others<br>Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06449 (NRB) |
| REYNOLDS, Individually<br>and On Behalf of All Others<br>Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06693 (NRB) |
| CAIAFA, Individually<br>And On Behalf Of All Others<br>Similarly Situated,<br><br>PLAINTIFFS,<br>VS.<br><br>IMAX CORP., et al. | Case No. 06-cv-07057 (NRB) |
| GRAY, individually<br>and on behalf of all others<br>similarly situated,<br><br>PLAINTIFFS,<br>VS.<br><br>IMAX CORP., et al. | Case No. 06-cv-07162 (NRB) |

1. I am an attorney for Movants Gary and Marlene Creagh, who are husband and wife.

2. Attached as Exhibit A to this Declaration is a true and correct copy of a "Certification of Plaintiff Pursuant to Federal Securities Laws" executed by Movants. Certain personal information on a page from a brokerage statement that Movants appended to this certification has been redacted by Movants' counsel. None of the redacted information relates to Movants' transactions in Imax securities.

3. Attached as Exhibit B to this Declaration is a chart which indicates Movants loss on Imax shares for the period February 17, 2006 through August 9, 2006.

4. Attached as Exhibit C to this Declaration is a true and correct copy of a supplemental "Certification of Plaintiff Pursuant to Federal Securities Laws" executed by Movants.

5. Attached as Exhibit D to this Declaration is a chart which indicates Movants' loss on Imax Shares for the period October 28, 2004 through August 9, 2006, which was executed after the complaint proposing the Expanded Class Period was filed. Neither Movants nor counsel for Movants requested or instigated the filing of this complaint.

6. Attached as Exhibit E to this Declaration is a true and correct copy of the press release that was the first notice to the class in this matter.

7. Attached as Exhibit F to this Declaration is a true and correct copy of the Firm Resume of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

I declare under penalty of perjury that the foregoing is true and correct.

____/s/ Catherine A. Torell_________
Catherine A. Torell

Executed on October 10, 2006