# Attachment B

# Calculation of Loss on Imax Shares
# February 17, 2006 through August 9, 2006
# Gary and Marlene Creagh

| | |
|---|---|
| Total Class Period Purchases: | 19300 |
| Total Class Period Sales: | -3000 |
| Total Sales on Class Period Purchases: | -3000 |
| Total Class Period Shares Retained: | 16300 |
| 90-day Loss Price | $5.00 |
| | |
| **Total Purchases:** | **$193,809.04** |
| **Total Sales Proceeds** | **($27,880.00)** |
| **Total Retained Value:** | **$81,544.83** |
| | |
| **Total Loss:** | **$84,384.22** |