**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAPLAN, Individually and
On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

Imax Corp., et al.

Defendants.

Case No. 06-cv-6128 (NRB)

CLASS ACTION

DOCUMENT FILED ELECTRONICALLY

BERGEN, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

GELFOND, et al.

Case No. 06-cv-06313 (NRB)

LAROSA, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

IMAX CORP., et al.

Case No. 06-cv-06349 (NRB)

(additional captions on following page)

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| GUZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06235 (NRB) |
| FEENEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06449 (NRB) |
| REYNOLDS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06693 (NRB) |
| CAIAFA, Individually And On Behalf Of All Others Similarly Situated,<br><br>PLAINTIFFS,<br>VS.<br><br>IMAX CORP., et al. | Case No. 06-cv-07057 (NRB) |
| GRAY, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br>VS.<br><br>IMAX CORP., et al. | Case No. 06-cv-07162 (NRB) |

The undersigned hereby certifies that the foregoing Notice of Motion, Motion by Gary and Marlene Creagh to be Appointed Lead Plaintiff, Memorandum in Support and accompanying documents filed in the above-captioned cases have been served, this 10th day of October, 2006, upon all counsel of record via ECF.

____/s/ Catherine A. Torell____________