**`WECHSLER HARWOOD LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ERIC S. BERGEN, individually and on behalf of all others similarly situated, | : | Civil Action No.06-CV-6313 |
| Plaintiff, | : | |
| v. | : | |
| RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION, | : | "ECF CASE" |
| Defendants. | : | |

**NOTICE OF MOTION**
**FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| MOTTI KAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Civil Action No.06-CV-6128 (NRB)<br><br>"ECF CASE" |
| SANTIAGO GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6235 (NRB)<br><br>"ECF CASE" |
| MICHAEL J. LAROSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6349 (NRB)<br><br>"ECF CASE" |

| | |
|---|---|
| ROBERT FEENEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6449 (NRB)<br><br>"ECF CASE" |
| FLOYD REYNOLDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6693 (NRB)<br><br>"ECF CASE" |
| ANOTHONY CAIFA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, FRANCIS T. JOYCE, BRADLEY J. WECHSLER, and KATHRYN A. GAMBLE,<br><br>Defendants. | Civil Action No.06-CV-7075 (NRB)<br><br>"ECF CASE" |

**PLEASE TAKE NOTICE** that class member Y Lu ("Movant"), by and through his undersigned counsel, will move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York, for an order, submitted herewith: (1) consolidating all related cases; (2) appointing Movant as lead plaintiff for the class of purchasers of securities of Imax Corporation during the period February 17, 2006 through August 9, 2006, both dates inclusive, pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995; (3) approving Movant's selection of counsel for the class; and (4) such other relief as the Court may deem just and proper. In support of this motion, Movant submits the accompanying Memorandum of Law, Declaration of Samuel K. Rosen, and Proposed Order.

Dated: October 10, 2006

**WECHSLER HARWOOD LLP**

By: /S/ Samuel K. Rosen
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
488 Madison Avenue
New York, NY 10022
Tel.: (212) 935-7400

**LAW OFFICES OF BRUCE G. MURPHY**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963-3252
Tel.: (772) 231-4202

Attorneys for Plaintiff