**WECHSLER HARWOOD LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC S. BERGEN, individually and on behalf of all others similarly situated, | Civil Action No. 06-CV-6313 |
| Plaintiff, | |
| v. | |
| RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION, | "ECF CASE" |
| Defendants. | |

**PROPOSED ORDER**

| | |
|---|---|
| MOTTI KAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Civil Action No.06-CV-6128 (NRB)<br><br>"ECF CASE" |
| SANTIAGO GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE<br><br>Defendants. | Civil Action No.06-CV-6235 (NRB)<br><br>"ECF CASE" |
| MICHAEL J. LAROSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6349 (NRB)<br><br>"ECF CASE" |

| | |
|---|---|
| ROBERT FEENEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6449 (NRB)<br><br>"ECF CASE" |
| FLOYD REYNOLDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6693 (NRB)<br><br>"ECF CASE" |
| ANOTHONY CAIFA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, FRANCIS T. JOYCE, BRADLEY J. WECHSLER, and KATHRYN A. GAMBLE,<br><br>Defendants. | Civil Action No.06-CV-7075 (NRB)<br><br>"ECF CASE" |

Upon consideration of the motions and supporting papers filed for consolidation, appointment of lead plaintiff and selection of counsel in the above-captioned actions and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The motion of class member Y Lu ("Movant") is **granted**;

2. The above-captioned actions are **consolidated** pursuant to Fed. R. Civ. P. 42(a);

3. Movant is hereby **appointed** to serve as lead plaintiff in the consolidated action; and

4. The law firms of Wechsler Harwood LLP and the Law Offices of Bruce G. Murphy are hereby **appointed** to serve as lead counsel for the class in the above-captioned actions.

SO ORDERED.

DATED: _______________, 2006

_________________________________
U.S.D.J.