**WECHSLER HARWOOD LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC S. BERGEN, individually and on behalf of all others similarly situated, | Civil Action No. 06-CV-6313 |
| Plaintiff, | |
| v. | |
| RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION, | "ECF CASE" |
| Defendants. | |

**DECLARATION OF SAMUEL K. ROSEN IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| MOTTI KAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and IMAX CORPORATION,<br><br>Defendants. | Civil Action No.06-CV-6128 (NRB)<br><br>"ECF CASE" |
| SANTIAGO GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6235 (NRB)<br><br>"ECF CASE" |
| MICHAEL J. LAROSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6349 (NRB)<br><br>"ECF CASE" |

| | |
|---|---|
| ROBERT FEENEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6449 (NRB)<br><br>"ECF CASE" |
| FLOYD REYNOLDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Civil Action No.06-CV-6693 (NRB)<br><br>"ECF CASE" |
| ANOTHONY CAIFA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, FRANCIS T. JOYCE, BRADLEY J. WECHSLER, and KATHRYN A. GAMBLE,<br><br>Defendants. | Civil Action No.06-CV-7075 (NRB)<br><br>"ECF CASE" |

I, Samuel K. Rosen, swear as follows:

1. I am a member of the firm of Wechsler Harwood LLP, counsel of record for class member Y Lu. I submit this declaration in support of Movant's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice published on August 11, 2006

Exhibit B: Certification of Y Lu (with Form A attached thereto)

Exhibit C: Wechsler Harwood LLP firm resume

Exhibit D: Bruce G. Murphy, P.C. firm resume

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of October, 2006, at New York, New York.

/S/ Samuel K. Rosen
Samuel K. Rosen