## Certificate of Service

I, Cary Savitz, certify that copies of the foregoing **1) NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL; 20 MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL;** 3) **DECLARATION OF SAMUEL K. ROSEN IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**; and 4) **PROPOSED ORDER** was filed via the Court's electronic case filing system, and was served on this 10th day of October, 2006 at the addresses on the attached Service List by First Class Mail.

/s/ Cary Savitz
Cary Savitz

# IMAX Service List

*Counsel for Plaintiffs*:

Arthur N. Abbey
Nancy Kaboolian
**ABBEY SPANIER RODD ABRAMS & PARADIS, LLP**
212 East 39th Street
New York, NY 10016
Tel.: 212-889-3700
Fax: 212-684-5191

Evan J. Smith
**BRODSKY & SMITH, LLC**
240 Mineola Blvd.
Mineola, NY 11501
Tel.: 561-741-4977
Fax: 561-741-0626

Janine L. Pollack
MILBERG WEISS BERSHAD
& SHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Ronen Sarraf
Joseph Gentile
**SARRAF GENTILE, LLP**
485 Seventh Avenue, Suite 1005
New York, NY 10018
Tel.: 212-868-3610
Fax: 212-918-7967

Brian Philip Murray
**MURRAY, FRANK & SAILER LLP**
275 Madison Avenue, Suite 801
New York, NY 10016
Tel.: 212-682-1818
Fax: 212-682-1892

Laurence D. Paskowitz
Roy L. Jacobs
**PASKOWITZ & ASSOCIATES**
60 East 42nd Street, 46th Floor
New York, NY 10016
Tel.: 212-685-0969
Fax: 212-685-2306

Marc A. Topaz
Richard A. Maniskas
Alison K. Clark
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706
Fax: 610-667-7056

Bruce G. Murphy
**LAW OFFICE OF BRUCE G. MURPHY**
265 Llwyds Lane
Vero Beach, FL 32963-3252
Tel.: 772-231-4202
Fax: 772-234-6608

Kimberly M. Donaldson
Timothy N. Mathews
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel.: 610-642-8500
Fax: 610-649-3633

Jonathan K. Levine
Aaron M. Sheanin
**GIRARD GIBBS, LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel.: 415-981-4800
Fax: 415-981-4846

Jack Gerald Fruchter
Lawrence D. Levit
**ABRAHAM FRUCHTER & TWERSKY, L.L.P.**
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Tel.: 212-279-5050
Fax: 212-279-3655

Catherine A. Torell
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
150 East 52nd Street, 30th Floor
New York, NY 10022
Tel.: 212-838-7797
Fax: 212-838-7745

Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500
Washington, D.C. 20005
Tel.: 202-408-4600
Fax: 202-408-4699

*Counsel for Defendants:*

Lewis J. Liman
**CLEARY, GOTTLIEB, STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Tel.: 212-225-2000
Fax: 212-225-3999