# ABBEY SPANIER RODD ABRAMS & PARADIS, LLP

MEMO ENDORSED

October 6, 2006

RECEIVED IN CHAMBERS
NAOMI REICE BUCHWALD
OCT 10 2006
UNITED STATES DISTRICT JUDGE

**Via Facsimile and Federal Express**

The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

Re: Kaplan v. IMAX Corp., et al., 06-CV-6128 (NRB)
and related actions (06-CV-6313,6349, 6235, 6449, 6693 and 7057)

Dear Judge Buchwald:

We represent plaintiff Motti Kaplan in the action Kaplan v. IMAX Corp., et al., 06-CV-6128 (NRB). As noted above at least six additional related actions have been filed in this Court (the "Related Actions"). All of the Related Actions allege violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 by IMAX and certain of its officers and directors.

We are aware of the Court's Individual Practice Rule 2 A requiring that a pre-motion conference be held prior to the filing of certain motions. As your Honor is aware, however, the Exchange Act as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") requires motions for the appointment of lead plaintiff be filed no later than 60 days after the date that notice was first published regarding the pendency of an action brought under the Exchange Act. Notice of the first filed action was published on August 11, 2006. Accordingly, motions for the appointment of lead plaintiff must be filed by October 10, 2006. Due to the time limits mandated by the PSLRA, plaintiff must file a motion for lead plaintiff without a pre-motion conference.

Application granted. So Ordered. Naomi Reice Buchwald USDJ 10/10/06

We are available to communicate with the Court to discuss these matters at the Court's convenience.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/06

Respectfully submitted,

ABBEY SPANIER RODD
ABRAMS & PARADIS, LLP

Nancy Kaboolian

Nancy Kaboolian

/cd

cc: All counsel on attached list (via facsimile and mail)

212 East 39th Street ▪ New York, New York 10016 ▪ Tel 212.889.3700 ▪ Fax 212.684.5191 ▪ www.abbeyspanier.com