MEMO ENDORSED

WECHSLER HARWOOD LLP
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 935-7400
TELECOPIER: (212) 753-3630

USDNY ... ELECTRONICALLY FILED ... DATE FILED: 10/12/06

October 10, 2006

RECEIVED IN CHAMBERS OF NAOMI REICE BUCHWALD
OCT 10 2006
UNITED STATES DISTRICT JUDGE

**VIA FACSIMILE - (212) 805-7927**

The Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

Re: Eric S. Bergen v. IMAX Corporation, No. 1:06-CV-6313

Dear Judge Buchwald:

My firm, Wechsler Harwood LLP, is plaintiff's counsel in the above-captioned action. We wish to move for consolidation of this action and related securities class actions, appointment as lead plaintiff and approval of selection of lead counsel in the above-referenced and related securities class action pursuant to Section 2 ID of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(3) (the "Lead Plaintiff Motion").

We are aware of the Court's Individual Practice Rule requiring that a pre-motion conference be held before the filing of any motions. We write to seek leave from that rule for the purpose of meeting the Exchange Act's requirement that lead plaintiff motions be filed not later than 60 days after the date notice of the action was first published. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). In this case, the first notice of action was published on August 11,2006, and the lead plaintiff motions must be filed no later than Tuesday, October 10, 2006. We respectfully submit that, under these circumstances, where we do not know the identities of the other movants, if any, and where the filing of a motion is statutorily mandated by the 60-day time limit, the requirement of a pre-motion conference should be waived.

Application granted.
Naomi Reice Buchwald, USDJ
10/10/06

Very truly yours,

Samuel K. Rosen

SRK:cs

cc: All parties and/or their counsel on attached service list (via facsimile)